It is So Ordered.
/s/ John R. Adams
U.S. District Judge
12/28/12

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| MONIQUE THOMAS, | ) |
|  | ) |
|  | ) |
| Plaintiff | ) |
|  | ) **Case No.: 5:12-cv-01911-JRA** |
| v. | ) |
|  | ) |
| VALENTINE & KEBARTAS, INC., | ) |
|  | ) |
| Defendant | ) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses his Complaint with prejudice.

Dated: December 21, 2012        BY: /s/Amy L. Bennecoff
Amy L. Bennecoff, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 877-788-2864
Email: abennecoff@creditlaw.com
Attorney for the Plaintiff